UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS WILLIAM HYMAN, | No. 2:15-cv-2086 CKD P (TEMP) |
| Petitioner, | |
| v. | ORDER |
| BRIAN DUFFY et al., | |
| Respondents. | |

On October 14, 2015, then-Magistrate Judge Dale A. Drozd ordered petitioner to file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days and cautioned petitioner that his failure to comply with the order would result in dismissal of this action. The thirty day period has now expired, and petitioner has not responded to the court's order, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

Dated: November 24, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ec
hyma2086.fifp

---

[1] Petitioner has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. Nos. 5 & 7.)